1 **SAO**
**KIMBALL JONES**
2 Nevada Bar No. 12982
**SIRIA L. GUTIERREZ, ESQ.**
3 Nevada Bar No.: 11981
**BIGHORN LAW**
4 2225 E. Flamingo Road
Building 2, Suite 300
5 Las Vegas, NV 89119
Phone: (702) 333-1111
6 Email: Siria@BighornLaw.com
7 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDNA SANDRA BOCK-KASMINOFF, an individual; | CASE NO.: 2:20-cv-00949-JAD-EJY |
| Plaintiff, | [District Court, Clark County Case No. A-20-810193-C, Dept. No.: 15] |
| vs. | |
| WALMART, INC., a Foreign Corporation DBA WALMART SUPERCENTER #5259; DOE STORE MANAGERS I through X; DOE STORE ASSOCIATES I through X; DOE MAINTENANCE ASSOCIATES I through X; DOE JANITORIAL ASSOCIATES I through X; ROE MAINTENANCE COMPANIES XI through XX; inclusive, jointly and severally, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING RULE 35 EXAMINATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EDNA SANDRA BOCK-KASMINOFF, by and through her counsel of record, KIMBALL JONES, ESQ., and SIRIA L. GUTEIRREZ, ESQ., with the Law Offices of **BIGHORN LAW**, and Defendant WALMART, INC., a Foreign Corporation DBA WALMART SUPERCENTER #5259, by and through her counsel of record, ROBERT K. PHILLIPS, ESQ., and TIMOTHY D. KUHLS, ESQ., with the Law Offices of

**PHILLIPS, SPALLAS & ANGSTADT, LLC**, to the following terms for the Rule 35 Examination in this matter as follows:

1. The Rule 35 Examination (hereinafter "examination") of Plaintiff shall be conducted by a physician, surgeon, or chiropractor ("examiner") hired and paid by Defendant, who is currently licensed to practice in Clark County, Nevada.  No other physician, surgeon, or chiropractor shall be present during the examination. If necessary, the examiner may utilize members of his/her staff to assist during the examination. Plaintiff will be allowed to have a neutral observer present during the exam;

2. The examination shall be completed within two (2) hours, and Plaintiff will not be made to wait in the doctor's waiting room for the examination to begin for more than 45 minutes. However, should Plaintiff be made to wait 45 minutes, Plaintiff's counsel will contact Defendant's counsel so that Defendant's counsel can make a good faith effort to remedy the issue regarding Plaintiff's extended wait time;

3. The examination shall be conducted in Clark County, Nevada;

4. No CT scans or MRI's shall be performed on the Plaintiff in the course of the examination, nor shall any medical treatment be rendered to the Plaintiff by the examiner;

5. Any paperwork or forms that Defendant (or the examiner) require for the examination shall be submitted to Plaintiff's counsel for review no later than one (1) week prior to the examination;

6. The examiner shall be provided with a copy of these terms and conditions by the Defendant, prior to the examination;

7. Neither Defendant's counsel or Plaintiff's counsel, nor anyone from the Defendant's counsel's office or Plaintiff counsel's office, may attend the examination;

8. The examining physician shall not engage in ex parte contact with Plaintiff's treating health care providers, with regard to the Plaintiff.

9. Defendant is entitled to only one (1) Rule 35 Examination.

10. The examiner will retain all handwritten notes, e-mails sent and received, and all documents generated or received, including draft reports, related to the examination.

11. The examiner will produce a copy of his/her entire file, including any test materials/raw data, to Plaintiff's counsel within thirty (30) days after the examination occurs.

12. The examiner will accurately report his/her findings and test results.

13. Liability questions may not be asked by the examining physician or any agent or representative of the examining physician.

. . .

. . .

. . .

1  14. The report generated by the examiner will list all tests, exams, other materials (radiographs, test results, other physician reports) that are used by the examiner to form the examiner's opinions and conclusions. All reference materials must be referred to within the report, otherwise they will be precluded as part of the basis of the examiner's opinions.

DATED this 30th day of September, 2020.    DATED this 30th day of September, 2020.

**BIGHORN LAW**                              **PHILLIPS, SPALLAS & ANGSTADT, LLC**

_/s/Siria L. Gutierrez_                      _/s/Robert L. Phillips_
**KIMBALL JONES, ESQ.**                      **ROBERT L. PHILLIPS, ESQ.**
Nevada Bar No. 12982                         Nevada Bar No.: 11441
**SIRIA L. GUTIERREZ, ESQ.**                 **TIMOTHY D. KUHLS, ESQ.**
Nevada Bar No. 11981                         Nevada Bar NO.: 13362
2225 E. Flamingo Road                        504 South Ninth Street
Building 2, Suite 300                        Las Vegas, NV 89101
Las Vegas, NV 89119                          *Attorneys for Defendant*
*Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED this 30th day of September, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted by:

**BIGHORN LAW**

_/s/Siria L. Gutierrez_
**KIMBALL JONES, ESQ.**
Nevada Bar No. 12982
**SIRIA L. GUTIERREZ, ESQ.**
Nevada Bar No. 11981
2225 E. Flamingo Road
Building 2, Suite 300
Las Vegas, NV 89119
*Attorneys for Plaintiff*