**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**SIRIA L. GUTIERREZ, ESQ.**
Nevada Bar No.: 11981
**BIGHORN LAW**
2225 E. Flamingo Road
Building 2, Suite 300
Las Vegas, NV 89119
Phone: (702) 333-1111
Email: Kimball@BighornLaw.com
         Siria@BighornLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDNA SANDRA BOCK-KASMINOFF, an individual,<br><br>                    Plaintiff,<br>v.<br><br>WALMART, INC., a Foreign Corporation DBA WALMART SUPERCENTER #5259; DOE STORE MANAGERS I through X; DOE STORE ASSOCIATES I through X; DOE MAINTENANCE ASSOCIATES I through X; DOE JANITORIAL ASSOCIATES I through X; DOES I - X; ROE MAINTENANCE COMPANIES XI through XX; inclusive, jointly and severally,<br><br>                    Defendants. | Case No.:  2:20-cv-00949-JAD-EJY |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (Second Request)**

Pursuant to LR 26-3, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, EDNA SANDRA BOCK-KASMINOFF, by and through her attorneys, KIMBALL JONES, ESQ. and SIRIA L. GUTIERREZ, ESQ., of BIGHORN LAW, and Defendant, WALMART, INC., by and through their attorneys, ROBERT K. PHILLIPS ESQ. and TIMOTHY D. KUHLS, ESQ., that the discovery deadlines and continuance of trial is sought by all parties to this litigation be extended as follows:

A. **STATEMENT SPECIFING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. The parties have produced initial disclosures pursuant to FRCP Rule 26(a)(1)(A);

2. Theparties have provided supplemental disclosures pursuant to FRCP Rule 26(a)(1)(A);

3. Defendants have propounded written discovery on Plaintiffs;

4. Plaintiff has responded to Defendants' written discovery;

5. Plaintiff has propounded written discovery on Defendants;

6. Defendant has responded to Plaintiffs' written discovery;

7. Independent Medical Examination of Plaintiff;

8. Site inspection of Walmart Neighborhood Market #5259 (1/27/21); and

9. Plaintiff's deposition (2/9/21).

B. **A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Designation of experts by both parties;

2. Depositions of experts;

3. Deposition of Jae Leonhardt 3/2/21;

4. Depositions of Defendant's N.R.C.P. 30(b)(6) Witness(es) tentatively scheduled for 3/3/21;

5. Potential written discovery may be propounded as follow-up to the depositions yet to be completed.

6. Any other discovery which may be determined as relevant and necessary by the parties; and

**C.     THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

The parties request a 60-day extension of all deadlines for the following reasons:

On January 21, 2021, after conferring with Walmart's Counsel on the date, Plaintiff noticed Walmart's FRCP 30(b)(6) deposition for February 2, 2021. On February 1, 2020, Walmart's Counsel reached out to Plaintiff's Counsel to advice that Store Manager, the appointed designee for the deposition the following day, was not available. The Store Manager is unavailable due to scheduling and ongoing inventory efforts at the store until March. Plaintiff's expert requires the FRCP 30(b)(6) deposition in order to finalize his report. Additionally, a key witness for both sides has been subpoenaed for deposition after expert disclosures. Judicial economy and Rule 1 that the best course for the parties to continue forward is to continue the current deadlines.

The parties were unable to continue the deadlines in the 21-days before the expiration of the deadline because Plaintiff did not become aware of the need to continue the deadlines until after the 21-day deadline had lapsed. Moreover, the parties have been diligently conducting discovery to meet the deadline and in anticipation of the deadline.

**D.     A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

|  | Old Deadline | New Deadline |
|---|---|---|
| Close of Discovery: | 04/15/2021 | 06/14/2021 |
| Disclosure of Experts: | 02/15/2021 | 04/16/2021 |
| Rebuttal of Experts: | 03/18/2021 | 05/17/2021 |
| Dispositive Motions: | 05/13/2021 | 07/12/2021 |
| Pretrial Order and FRCP 26(a)(3) Disclosures: | 06/14/2021 | 08/13/2021 |

This request is not being made for purposes of unduly delaying discovery or the trial of this matter.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATED MAGISTRATE JUDGE

Dated:  February 16, 2021

Dated: 2/12/2021                    Dated:  2/12/21

**BIGHORN LAW**                    **PHILLIPS SPALLAS & ANGSTADT LLC**

*/s/ Siria L. Gutiérrez*            /s/ _Timothy Kuhls_____
**KIMBALL JONES, ESQ.**             **ROBERT K. PHILLIPS, ESQ.**
Nevada Bar No.: 12982               Nevada Bar No. 11441
**SIRIA L. GUTIERREZ, ESQ.**        **TIMOTHY D. KUHLS, ESQ.**
Nevada Bar No.: 11981               Nevada Bar No. 13362
2225 E. Flamingo Road               504 South Ninth Street
Building 2, Suite 300               Las Vegas, NV 89101
Las Vegas, Nevada 89119             *Attorneys for Defendants*
*Attorneys for Plaintiff*