UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDNA SANDRA BOCK-KASMINOFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Foreign Corporation dba WALMART SUPERCENTER #5259; DOE STORE MANAGERS I through X; DOE STORE ASSOCIATES I through X; DOE MAINTENANCE ASSOCIATES I through X; DOE JANITORIAL ASSOCIATES I through X; DOES I – X; ROE MAINTENANCE COMPANIES XI through XX; inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-00949-JAD-EJY<br><br>**ORDER** |

Before the Court is the Motion to Withdraw as Counsel of Record (ECF No.31). In the Motion, Ms. Gutierrez explains that she is no longer associated with Bighorn Law (the "Firm"). Further, after speaking to her client, who is the plaintiff in this case, Plaintiff stated she wished to remain with the Firm. Hence, Ms. Gutierrez's request to withdraw is appropriate. However, a review of the docket confirms that the Firm has not made an appearance in this case. Thus, Ms. Gutierrez will be required to serve a copy of this Order on the Firm and confirm she has done so by filing proof of service with the Court.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record (ECF No. 31) is GRANTED.

IT IS FURTHER ORDERED that Siria Gutierrez must serve a copy of this Order on Bighorn Law by emailing the same to the managing partner and any lawyer in the Firm with whom she worked on Plaintiff's behalf. Service must occur within five (5) days of the date of this Order.

IT IS FURTHER ORDERED that Bighorn Law must file a notice of appearance on behalf of Plaintiff within seven (7) days of the date of this Order.

IT IS FURTHER ORDERED that if Bighorn Law does not intend to represent Plaintiff in this dispute, Bighorn Law must file a notice with the Court stating the same so that the Court may enter further orders.

DATED THIS 1st day of June, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE