ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
tkuhls@psalaw.net
lrobinson@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc. d/b/a Walmart Supercenter No. 5259*
*& Russell Lapat*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDNA SANDRA BOCK-KASMINOFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Foreign Corporation DBA WALMART SUPERCENTER #5259; RUSSELL LAPAT; DOE STORE MANAGERS I through X; DOE STORE ASSOCIATES I through X; DOE MAINTENANCE ASSOCIATES I through X; DOE JANITORIAL ASSOCIATES I through X; DOES I - X; ROE MAINTENANCE COMPANIES XI through XX; inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:20-cv-00949-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO CONDUCT CERTAIN DISCOVERY OUTSIDE THE DISCOVERY PERIOD** |

Plaintiff EDNA SANDRA BOCK-KASMINOFF (hereinafter "Plaintiff") and Defendants WALMART, INC. DBA WALMART SUPERCENTER No. 5259 and RUSSELL LAPAT (collectively "Defendants" or "Walmart"), by and through their respective counsel of record, do hereby stipulate to conduct certain discovery outside the discovery period. Specifically, the parties stipulate that **Defendant shall take the depositions of Plaintiff's non-retained treating physician expert, RUSSELL T. NEVINS, MD on June 16, 2021.**

## DISCOVERY COMPLETED TO DATE

- The parties conducted an FRCP 26(f) conference on July 7, 2020;

- The parties have served and exchanged their respective FRCP 26(a) disclosures. Both Plaintiff and Defendant served their respective initial disclosures on July 10, 2020. Defendant has since served eight supplements;

- On July 20, 2020, Plaintiff served upon Defendant one set of Requests for Admissions, one set of Interrogatories and one set of Requests for Production of Documents and Defendant has responded to the same;

- On August 26, 2020, Defendant served upon Plaintiff one set of Requests for Admissions, one set of Interrogatories and one set of Requests for Production of Documents and Plaintiff has responded to the same;

- An Independent Medical Exam was performed on Plaintiff on October 8, 2020;

- A Site Inspection of Defendant's Walmart Sore No. 5259 was performed on January 27, 2021 by Plaintiff;

- Plaintiff's deposition was taken on February 9, 2021;

- Deposition of Defendant's employees Jae Leonhardt on March 2, 2021;

- Deposition of Defendant's 30(b)(6) Witness on March 12, 2021;

- Expert disclosure of Defendant of April 16, 2021; and

- Expert disclosure of Plaintiff on April 19, 2021.

## DISCOVERY TO BE COMPLETED OUTSIDE THE DISCOVERY PERIOD

Discovery to be completed includes:

- Defendant's deposition of Plaintiff's retained expert FRANK A. PEREZ, PhD, that is currently scheduled for June 7, 2021;

- Defendant's deposition of Plaintiff's non-retained treating physician expert, RUSSELL T. NEVINS, MD, that is currently scheduled for June 16, 2021;

/ / /

/ / /

/ / /

1    The parties aver that good cause exists for the request pursuant to Local Rule 2.25. Defendant
2    timely noticed the respective Plaintiff's non-retained treating expert witness for deposition prior the
3    discovery period. However, said deposition is unable to go forward due to Plaintiff's non-retained treating
4    expert's schedule. Understanding that Defendant wishes to take and has reserved the right to depose the
5    named Plaintiff's non-retained treating expert witness, Plaintiff agrees that the depositions of RUSSELL
6    T. NEVINS, MD will occur on June 16, 2021.
7    / / /
8    / / /
9    / / /
10   / / /
11   / / /
12   / / /
13   / / /
14   / / /
15   / / /
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1    The parties aver that this request is made by the parties in good faith and not for the purpose of

2    delay.

3

4    DATED this  4th  day of June 2021.          DATED this 4th day of June 2021.

5    **BIGHORN LAW**                            **PHILLIPS, SPALLAS & ANGSTADT, LLC**

6    */s/ Shane Cox*                            */s/ Latisha Robinson*

7    _____           _____
     KIMBALL JONES, ESQ.                        ROBERT K. PHILLIPS, ESQ.
     Nevada Bar No. 12982                       Nevada Bar No. 14411
8    SHANE COX, ESQ.                            TIMOTHY D. KUHLS, ESQ.
     Nevada Bar No. 13852                       Nevada Bar No. 13362
9    22258 E. Flamingo Road                     LATISHA ROBINSON, ESQ.
     Building 2, Suite 300                      Nevada Bar No. 15314
10   Las Vegas, Nevada 89119                    504 South Ninth Street
                                                Las Vegas, Nevada 89101
11
     *Attorneys for Plaintiff*                  *Attorneys for Defendants*
12

13        **IT IS SO ORDERED.**

14

15        _____
          **UNITED STATES MAGISTRATE JUDGE**
16
          **DATED:** June 4, 2021          _____
17

18   Respectfully submitted:
     **PHILLIPS, SPALLAS & ANGSTADT LLC**
19

20   */s/ Latisha Robinson*

21   _____
     ROBERT K. PHILLIPS, ESQ.
22   Nevada Bar No. 11441
     TIMOTHY D. KUHLS, ESQ.
23   Nevada Bar No. 13362
     LATISHA ROBINSON, ESQ.
24   Nevada Bar No. 15314
     504 South Ninth Street
25   Las Vegas, Nevada 89101

26   *Attorneys for Defendants*

27

28